```
                                           FILED IN THE
                                        U.S. DISTRICT COURT
                                     EASTERN DISTRICT OF WASHINGTON

                                           MAR 0 7 2001

                                        JAMES R. LARSEN, CLERK
                                        _____DEPUTY
                                         SPOKANE, WASHINGTON
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| CITY OF SPOKANE, a municipal corporation, | ) ) ) |
| Plaintiff, | ) CS-01-0069-WFN ) ) NOTICE OF REMOVAL |
| v. | ) ) |
| UNITED NATIONAL INSURANCE COMPANY, a foreign corporation; LEXINGTON INSURANCE COMPANY, a foreign corporation; and GENESIS INSURANCE COMPANY, a foreign corporation, | ) ) ) ) ) ) ) |
| Defendants. | ) |

Defendant Lexington Insurance Company petitions for removal of the above-referenced action from the Superior Court of Spokane County pursuant to 28 U.S.C. § 1441, and in support thereof states as follows:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1332 and 1441.

2. Plaintiff commenced this action by service on defendant Lexington Insurance Company through the Insurance Commissioner of the State of Washington, on February 16, 2001. A true and correct copy of plaintiff's Summons and Complaint is attached as Exhibit 1 to the Declaration of Rehman H. Bashey.

NOTICE OF REMOVAL - 1

019369-0170/799140.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000



3. Defendant is removing this action to Federal Court on the basis of diversity jurisdiction. Plaintiff has asserted claims against Lexington Insurance Company, a foreign corporation, which is incorporated in Massachusetts and has its principal place of business in Massachusetts, for an amount in excess of $75,000. This Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1332, which provides for original jurisdiction in cases in which there is diversity of citizenship between parties and defendant believes the amount in controversy exceeds $75,000.

4. This Notice of Removal is being filed within 30 days from the date on which the action was served on defendant pursuant to 28 U.S.C. § 1446(b).

5. As indicated in plaintiff's Complaint, this action is against Lexington Insurance Company, a corporation which is incorporated and has its principal place of business outside of the state of Washington, for damages exceeding $75,000. The identity of the defendant, and therefore original jurisdiction, appear on the face of the Complaint. The Complaint recites the amount in controversy exceeds $75,000.

WHEREFORE, defendant Lexington Insurance Company prays that the above-entitled action now pending against it in the Superior Court of Washington for Spokane County be removed to the United States District Court for the Eastern District of Washington at Seattle.

DATED this 6th day of March, 2001.

LANE POWELL SPEARS LUBERSKY LLP

By /s/
Grant S. Degginger, WSBA No. 15261
Rehman H. Bashey, WSBA No. 21808
Attorneys for Defendant
Lexington Insurance Co.

NOTICE OF REMOVAL - 2

019369-0170/799140.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000