HON. WILLIAM FREMMING NIELSEN

Grant S. Degginger, WSBA No. 15261
Rehman H. Bashey, WSBA No. 21808
LANE POWELL SPEARS LUBERSKY LLP
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
(206) 223-7000
Attorneys for Defendant
Lexington Insurance Company

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 30 2001

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

CITY OF SPOKANE, a municipal corporation,

    Plaintiff,

v.

UNITED NATIONAL INSURANCE COMPANY, a foreign corporation; LEXINGTON INSURANCE COMPANY, a foreign corporation; and GENESIS INSURANCE COMPANY, a foreign corporation,

    Defendants.

No. CS-01-0069-WFN

DEFENDANT LEXINGTON'S MOTION TO FILE OVERLENGTH BRIEF ON SUMMARY JUDGMENT

## I. RELIEF REQUESTED

Defendant Lexington Insurance Company ("Lexington") moves the Court for an order under LR 7.1(f) permitting the filing of a memorandum in support of a motion for summary judgment which exceeds 20 pages.

## II. STATEMENT OF FACTS

This is an insurance coverage action involving application of an absolute pollution exclusion. Lexington is filing a motion for summary judgment of dismissal under Federal Civil Procedure 56(c) and LR 56.1. Lexington is filing its

DEFENDANT'S MOTION TO FILE OVERLENGTH BRIEF - 1

019369.0170/874841.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

memorandum contemporaneously with this motion. The memorandum is 28 pages in length.

### III. ISSUE PRESENTED

Should Lexington be allowed leave to file a memorandum of 28 pages to sufficiently address the issues in its motion for summary judgment?

### IV. EVIDENCE RELIED UPON

Lexington relies upon the following evidence:

1. Defendant Lexington Insurance Company's Memorandum in Support of Motion for Summary Judgment Regarding the Absolute Pollution Exclusion; and

2. Declaration of Rehman H. Bashey in Support of Motion to File Overlength Brief on Summary Judgment.

### V. ARGUMENT

Local Rule 7.1(f) provides that: "Memoranda relating to motions for summary judgment or other dispositive motions shall not exceed twenty (20) pages without prior approval of the court." Waiver of page limitations may be granted upon motion demonstrating "good cause." LR 7.1(f). As set forth more fully in the attached Declaration of Rehman H. Bashey, there are numerous regulations, exhibits, and cases which are relevant to this motion and merit detailed discussion in reviewing the subject pollution exclusion.

### VI. PROPOSED ORDER

A proposed order is attached.

DEFENDANT'S MOTION TO FILE OVERLENGTH BRIEF - 2

019369.0170/874841.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

DATED this 2~~8~~th ~~29th~~ day of November, 2001.

                                      LANE POWELL SPEARS LUBERSKY LLP

By _____
    Grant S. Degginger, WSBA No. 15261
    Rehman H. Bashey, WSBA No. 21808
Attorneys for Defendant Lexington Insurance Co.

DEFENDANT'S MOTION TO FILE OVERLENGTH BRIEF - 3

019369.0170/874841.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

|   |   |
|---|---|
| 1 | HON. WILLIAM FREMMING NIELSEN |
|   | Grant S. Degginger, WSBA No. 15261 |
| 2 | Rehman H. Bashey, WSBA No. 21808 |
|   | LANE POWELL SPEARS LUBERSKY LLP |
| 3 | 1420 Fifth Avenue, Suite 4100 |
|   | Seattle, WA 98101-2338 |
| 4 | (206) 223-7000 |

Attorneys for Defendant
Lexington Insurance Company

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

CITY OF SPOKANE, a municipal corporation,

        Plaintiff,

v.

UNITED NATIONAL INSURANCE COMPANY, a foreign corporation; LEXINGTON INSURANCE COMPANY, a foreign corporation; and GENESIS INSURANCE COMPANY, a foreign corporation,

        Defendants.

No. CS-01-0069-WFN

**AFFIDAVIT OF SERVICE**

STATE OF WASHINGTON  )
                            )ss.
COUNTY OF KING          )

Cheryl Lindsey Seelhoff, being first duly sworn upon oath, declares as follows:

On November 29, 2001, I caused a copy of Defendant Lexington's Motion to File Overlength Brief on Summary Judgment to be hand delivered by ABC Messenger Service to the following addresses:

Affidavit of Service --1

019369.0170/875190.1

1  Plaintiff's Counsel:
2      Richard C. Robinson
       Jeffrey P. Downer
3      Christopher S. Clemenson
       Lee, Smart, Cook, Martin & Patterson
4      800 Puget Sound Plaza
5      1325 Fourth Avenue
       Seattle, WA 98101-2585
6

7  Attorney for United National Insurance Co.
       David D. Tewell
8      Tewell & Findlay
9      1144 Union Bank of California Center
       900 Fourth Avenue
10     Seattle, WA 98164-1011
11

12 Attorney for Genesis Insurance Co.
       Thomas R. Luciani
13     Stamper Rubens Stocker & Smith
       720 W. Boone Ave., Ste. 200
14     Spokane, WA 99201-2500
15

16    I declare under penalty of perjury that the foregoing statements are true and

17 correct.

18    Signed at Seattle, Washington this 29th day of November 2001.
19

20                               _____
21                               Cheryl Lindsey Seelhoff

22    Subscribed to and sworn before me this 29th day of November, 2001.
23
                                                    SEIJA T. PERRY
24                               _____
                                 Notary Public in and for the State of
25                               Washington, residing at  Federal Way  .
                                 My Commission expires:  5-15-04
26

Affidavit of Service --2

019369.0170/875190.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000