FILED IN THE
U.S. DISTRICT COURT
Eastern District of Washington

JAN 1 6 2002

JAMES R. LARSEN, CLERK
_____ DEPUTY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SPOKANE, a municipal corporation, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED NATIONAL INSURANCE COMPANY, a foreign corporation; LEXINGTON INSURANCE COMPANY, a foreign corporation; and GENESIS INSURANCE COMPANY, a foreign corporation, <br><br> Defendants. | No.   CS-01-69-WFN <br><br> **JUDGMENT IN A CIVIL CASE** |

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED that:

1. Plaintiff's Motion for Summary Judgment is DENIED.

2. Defendant United National's Motion for Summary Judgment is GRANTED.

3. Defendant Lexington's Motion for Summary Judgment is GRANTED.

4. Defendant Genesis' Motion for Summary Judgment is GRANTED.

DATED:   January 16, 2002

JAMES R. LARSEN, CLERK

By _____
Renea Grogan, Deputy Clerk